UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL BROOKS | CIVIL ACTION |
| VERSUS | NO: 25-2270 |
| GARRET BIBLE AND JAMES ROBERT MOORE | SECTION: T (3) |

## ORDER AND REASONS

Before the Court is a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant Garret Bible. R. Doc. 6. Plaintiff Cheryl Brooks has not filed a response; accordingly, the Motion is deemed to be unopposed. For the reasons set forth below, Defendant's Motion to Dismiss is **GRANTED**.

This action arises out of a motor vehicle accident alleged to have occurred on September 4, 2024. R. Doc. 2-2, p. 2. Plaintiff Brooks filed her state court petition in the 24th Judicial District Court for the Parish of Jefferson on September 16, 2025, naming driver James Robert Moore, as well as his boss Garret Bible and employer Pre Gunite-Solutions, LLC ("Gunite"), as Defendants. R. Doc. 2-2, p. 1-2. On November 5, 2025, Defendant Bible filed a timely notice of removal to this court. R. Doc. 2, p. 1. Bible then filed the instant Motion to Dismiss, arguing that, while Bible was indeed a member of Gunite, he did not employ Moore in his personal capacity and therefore cannot be deemed vicariously liable for Moore's alleged actions. R. Doc. 6; R. Doc. 6-1, pp. 1-8.

The Court has reviewed the Motion, the applicable law, and the absence of response from Plaintiff, and concludes that the Motion to Dismiss has merit.

Accordingly,

1

2

**IT IS ORDERED** that the Motion to Dismiss (R. Doc. 6) is **GRANTED** and that Plaintiff's claims against Defendant Garret Bible are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of January 2026.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE